UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                     Case No. 18-cr-20775
                                                     Hon. Matthew F. Leitman

ERIC CORNELL SMITH,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUEPRVISED RELEASE (ECF No. 27)

On January 29, 2019, Defendant Eric Cornell Smith pleaded guilty to two counts of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (*See* Rule 11 Plea Agmt., ECF No. 21, PageID.46.)  He was sentenced to a term of 44 months in federal prison, to be followed by a term of three years under supervised release. (*See* Judgment, ECF No. 26, PageID.87.)  Smith was released from prison on January 13, 2022, and he has been on supervised release ever since. On February 14, 2023, a year into his three-year term of supervised release, Smith filed a Motion for Early Termination of Supervised Release. (*See* Mot., ECF No. 27.)  In that motion, Smith asks the Court to terminate his term of supervised release based on the good conduct he has displayed since being released from prison. (*See id.*, PageID.93.)

The Government filed a Response in Opposition to Smith's Motion for Early Termination of Supervised Release on February 28, 2023. (*See* Resp., ECF No. 28.) For the reasons that the Government explained in careful detail in that motion, Smith's Motion for Early Termination of Supervised Release (ECF No. 27) is **DENIED.**

    **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126